**1010 ST. CHARLES UNIT 1002, L.L.C., Respondent,**

v.

**KEMPER INVESTORS LIFE INSURANCE COMPANY, Appellant,**

v.

**Tenth Street Lofts Condominium Association, Inc., Respondent.**

**No. ED 97472.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 16, 2012.

Motion For Rehearing And/Or Transfer to Supreme Court Denied Nov. 20, 2012.

Application for Transfer to Supreme Court Denied Feb. 26, 2013.

J. Richard McEachern, Saint Louis, MO, for Appellant.

Hillary H. Sommer, Saint Louis, MO, for Respondent Tenth Street Lofts Condominium Association, Inc.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Kemper Investors Life Insurance Company appeals the judgment dismissing its counterclaim against 1010 St. Charles Unit 1002, L.L.C. and dismissing its third-party petition against Tenth Street Lofts Condominium Association, Inc. No error of law appears. An extended opinion would have no precedential value. We affirm the judgment under Rule 84.16(b).